

Misc. No. 14–8013/MC. Daniel J. Jimenez, Appellant v. United States. CCA 200900010. Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b) on this date.

No. 13–0573/AR. U.S. v. Calvin J. Davenport. CCA 20081102. Appellant's motion to extend time to file a brief and a joint appendix granted, *up to and including February 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Appellant's motion to extend time to file a brief granted, *up to and including February 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0230/AR. U.S. v. Samuel R. Spotts. CCA 20111144. Appellant's motion for an extension of time to file a brief and a joint appendix granted, *up to and including February 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0277/MC. U.S. v. Ronald Murphy. CCA 201300100. Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

No. 14–0356/AR. U.S. v. Steven G. Howsam. CCA 20120205. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 27, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0370/AF. U.S. v. Michael W. Gleiser. CCA 38155. Appellant's *second* motion to extend time to file the supplement to the petition granted, *but only up to and including March 5, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0371/AF. U.S. v. Larry M. Palmer III. CCA 38184. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review

granted, *but only up to and including March 4, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0406/AR. U.S. v. Patrick A. Wright. CCA 20121075. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 4, 2014.

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0410/AF. U.S. v. Adam D. Yundt. CCA 38059. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0413/AF. U.S. v. Jason A. Pate. CCA 38250. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2014.

No. 14–0414/AR. U.S. v. John P. Young. CCA 2010456. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 6, 2014.

No. 14–0415/AR. U.S. v. William E. Newton, Jr. CCA 20110499. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 6, 2014.

Thursday, February 20, 2014

No. 13–0512/AF. U.S. v Michael L. Knapp II. CCA 37718. On consideration of Appellee's petition for reconsideration of the Court's decision, 73 M.J. 33 (C.A.A.F. 2014), it is ordered that said petition for reconsideration is denied.